**Proposed**

| district | population | deviation | %deviation | white | %white | Black | %Black | Hispanic | %Hispanic |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 28291 | -534 | -1.85% | 6700 | 23.68% | 19187 | 67.82% | 2287 | 8.08% |
| 2 | 28954 | 129 | 0.45% | 3762 | 12.99% | 22242 | 76.82% | 3249 | 11.22% |
| 3 | 28316 | -509 | -1.77% | 2602 | 9.19% | 22168 | 78.29% | 2888 | 10.20% |
| 4 | 29009 | 184 | 0.64% | 3249 | 11.20% | 21375 | 73.68% | 4200 | 14.48% |
| 5 | 29011 | 186 | 0.65% | 5363 | 18.49% | 19537 | 67.34% | 4104 | 14.15% |
| 6 | 28837 | 12 | 0.04% | 7890 | 27.36% | 17828 | 61.82% | 2148 | 7.45% |
| 7 | 28353 | -472 | -1.64% | 7996 | 28.20% | 12785 | 45.09% | 8044 | 28.37% |
| 8 | 29353 | 528 | 1.83% | 5133 | 17.49% | 19317 | 65.81% | 4300 | 14.65% |
| 9 | 29300 | 475 | 1.65% | 6265 | 21.38% | 17041 | 58.16% | 4227 | 14.43% |

**Existing**

| district | population | deviation | %deviation | white | %white | Black | %Black | Hispanic | %Hispanic |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 37680 | 8855 | 30.72% | 8973 | 23.81% | 24772 | 65.74% | 4286 | 11.37% |
| 2 | 30158 | 1333 | 4.62% | 3023 | 10.02% | 23833 | 79.03% | 3349 | 11.10% |
| 3 | 26606 | -2219 | -7.70% | 1840 | 6.92% | 22458 | 84.41% | 1209 | 4.54% |
| 4 | 21602 | -7223 | -25.06% | 3003 | 13.90% | 14497 | 67.11% | 4031 | 18.66% |
| 5 | 24622 | -4203 | -14.58% | 4703 | 19.10% | 16235 | 65.94% | 3739 | 15.19% |
| 6 | 32066 | 3241 | 11.24% | 8073 | 25.18% | 20629 | 64.33% | 2363 | 7.37% |
| 7 | 25448 | -3377 | -11.72% | 7345 | 28.86% | 11236 | 44.15% | 7716 | 30.32% |
| 8 | 26914 | -1911 | -6.63% | 5494 | 20.41% | 15011 | 55.77% | 4653 | 17.29% |
| 9 | 34328 | 5503 | 19.09% | 6506 | 18.95% | 22809 | 66.44% | 4101 | 11.95% |

SUMMARY OF STATISTICS

CLAYTON COUNTY BOARD OF EDUCATION

PLAN: claytonsb-import-01202012



EXHIBIT

A