```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| DR. PAM ADAMSON, WANDA SMITH, OPEHLIA BURROUGHS, MARY BAKER, DR. ALIEKA ANDERSON, and CHARLTON BIVENS, in their official capacities as members of the Clayton County Board of Education and individually as residents and voters in the Clayton County School District, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:12-CV-1665-CAP |
| CLAYTON COUNTY ELECTIONS AND REGISTRATION BOARD, ROBERT P. BOLIA, PATRICIA PULLAR, RUTH F. ASH, VIVIAN BALDWIN, and JIM CONSTABLE, in their official capacities as members of the Clayton County Elections and Registration Board, and the STATE OF GEORGIA, as representative of the Georgia Legislature, | |
| Defendants. | |

**O R D E R**

Attached hereto is a copy of a correspondence sent to Regina Harbin Wright of Georgia's Legislative and Congressional Reapportionment Office. The clerk is DIRECTED to cause this correspondence to be placed on the docket in this case.

SO ORDERED, this 5th day of June, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge