

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2367 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3309

CHARLES A. PANNELL, JR.
U.S. DISTRICT JUDGE

(404) 215-1580

June 5, 2012

VIA EMAIL & FIRST CLASS MAIL

Regina Harbin Wright
Executive Director
Legislative and Congressional Reapportionment Office
18 Capitol Square, Suite 407
Coverdell Legislative Office Building
Atlanta, Georgia 30334

Dear Ms. Wright:

This letter is in reference to a case in which I am presiding: <u>Adamson v. Clayton County Elections and Registration Board</u>, Civil Action No. 1:12-CV-1665-CAP.

The case involves the electoral districts for the Board of Education of Clayton County, Georgia. It appears from the record that the 2012 regular session of the General Assembly adjourned before enacting a new map to reapportion voters among the Board of Education districts based on the 2010 decennial census results. Accordingly, the current map was drawn following the 2000 census while population shifts have caused drastic imbalances in the relative voting strength of voters in the various districts. I have made a finding that the current situation likely runs afoul of the one person, one vote principle of the Equal Protection Clause of the Fourteenth Amendment.

The parties agree that the most efficient way to proceed in this case is for me to devise an appropriate remedial plan including a constitutional map of the Board of Education districts. To that end, the law allows for the appointment of an expert to assist in the map-drawing process. Recent experience of my colleagues in this district indicates that you and your office are ideal for this role. Accordingly, I write to formally request to engage you and your office to assist me in drawing a remedial map.

Thank you in advance for your consideration of this request. My staff and I are available for discussion if you need any further information.

Sincerely,

Charles A. Pannell, Jr.
United States District Judge

cc: Lt. Gov. Casey Cagle
Speaker David Ralston
Todd Hatcher (via CM/ECF)
Jack Hancock (via CM/ECF)