Sworn to and subscribed before me,
this 22nd day August, 2001.

s/ DEANA COKER
Deana Coker
Notary Public, Laurens County, Georgia
My Commission Expires Aug. 18, 2003
(SEAL)

Approved October 25, 2001.

---

### CLAYTON COUNTY – BOARD OF EDUCATION; DISTRICTS; MANNER OF ELECTION; TERMS OF OFFICE.

No. 2EX26 (House Bill No. 10EX2).

### AN ACT

To amend an Act changing the composition of and manner of selection of the Clayton County board of education, approved April 12, 1982 (Ga. L. 1982, p. 4431), as amended, particularly by an Act approved March 30, 1993 (Ga. L. 1993, p. 4341), so as to reconstitute the board of education; to change the description of the education districts; to provide for definitions and inclusions; to provide for continuation in office of current members; to provide for submission of this Act for approval under the federal Voting Rights Act of 1965, as amended; to provide an effective date; to repeal conflicting laws; and for other purposes.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

### SECTION 1.

An Act changing the composition of and manner of selection of the Clayton County board of education, approved April 12, 1982 (Ga. L. 1982, p. 4431), as amended, particularly by an Act approved March 30, 1993 (Ga. L. 1993, p. 4341), is amended by striking in their entirety paragraphs (1) through (4) of subsection (b) of Section 1 and inserting in lieu thereof the following:

'(1) For purposes of electing members of the board of education, the Clayton County School District is divided into nine education districts. One member of the board shall be elected from each such district. The nine education districts shall be and correspond to those nine numbered districts described in and attached to and made a part of this Act and further identified as Plan Name: claytonsbwk2 Plan Type: LOCAL User: P Chapman Administrator: CNTY-CLAYTON.

(2) When used in such attachment, the terms 'Tract' and 'BG' (Block Group) shall mean and describe the same geographical boundaries as provided in the report of the Bureau of the Census for the United States decennial census of 2000 for the State of Georgia. The separate numeric designations in a Tract description which are underneath a 'BG' heading shall mean and describe individual Blocks within a Block Group as provided in the report of the Bureau of the Census for the United States decennial census of 2000 for the State of

Georgia. Any part of the Clayton County School District which is not included in any such district described in that attachment shall be included within that district contiguous to such part which contains the least population according to the United States decennial census of 2000 for the State of Georgia. Any part of the Clayton County School District which is described in that attachment as being in a particular district shall nevertheless not be included within such district if such part is not contiguous to such district. Such noncontiguous part shall instead be included within that district contiguous to such part which contains the least population according to the United States decennial census of 2000 for the State of Georgia. Except as otherwise provided in the description of any education district, whenever the description of such district refers to a named city, it shall mean the geographical boundaries of that city as shown on the census map for the United States decennial census of 2000 for the State of Georgia.

(3) Education Districts 1 through 9, as they exist on December 31, 2002, shall continue to be designated as Education Districts 1 through 9, respectively, but as newly described under this Act, and on and after January 1, 2003, such members of the board serving from those former education districts shall be deemed to be serving from and representing their respective districts as newly described under this section.

(4) Reserved.'

### SECTION 2.
It shall be the duty of the attorney of the Board of Education of Clayton County to submit this Act for approval pursuant to Section 5 of the federal Voting Rights Act of 1965, as amended.

### SECTION 3.
This Act shall become effective January 1, 2003.

### SECTION 4.
All laws and parts of laws in conflict with this Act are repealed.

Plan Name: claytonsbwk2  Plan Type: LOCAL  User: P. Chapman  Administrator: CNTY-CLAYTON

Redistricting Plan Components Report

District 001
Clayton County
　Tract: 406.06
　Tract: 406.07
　BG: 1
　 1001 1018 1019 1020 1021 1022 1023
　BG: 2
　 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
　 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023
　 2024 2025 2026 2027 2028 2029 2030 2031 2032 2033 2034 2035
　 2036 2037 2038 2039 2040 2041 2042 2043 2044 2047 2048
　BG: 3
　Tract: 406.08
　Tract: 406.13

EXHIBIT "A"
Page 2

BG: 2
 2021 2022 2023 2024 2029
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3010 3011
 3012 3044 3045 3046 3047 3048 3049 3050 3051 3052 3053 3054
Tract: 406.14
BG: 5
 5013 5014 5015 5016 5017 5018 5019 5020 5021 5998

District 002
Clayton County
  Tract: 405.13
  BG: 6
   6000 6001 6002 6007 6008 6009 6010 6011 6012 6013 6014 6015
   6016 6017 6018 6019 6020 6021 6022 6023 6024 6025 6026 6027
   6028 6029 6030 6031 6032
  Tract: 405.14
  Tract: 405.15
  Tract: 405.16
  BG: 1
   1002 1003 1004 1005 1019 1020
  Tract: 405.17
  BG: 1
  BG: 2
   2000 2001 2002 2004 2005 2006 2007 2008 2009 2010 2011 2012
   2013 2014 2015 2016
  BG: 3
  Tract: 405.18
  BG: 1
   1000 1001 1002 1003 1004 1005
  BG: 2
   2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021
   2022 2023

District 003
Clayton County
  Tract: 402.01
  BG: 2
   2008 2009 2010 2011 2012 2013
  Tract: 405.06
  BG: 2
   2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017
  BG: 3
  Tract: 405.09
  BG: 1
  BG: 2
   2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012
   2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024
   2025 2026 2027 2028
  Tract: 405.10

Tract: 405.11
BG: 2
Tract: 405.12
Tract: 405.13
BG: 4
BG: 5
BG: 6
 6003 6004 6005 6006


District 004
Clayton County
Tract: 401
Tract: 402.01
BG: 1
BG: 2
 2000 2001 2002 2003 2004 2005 2006 2007 2014 2015
Tract: 402.02
BG: 1
BG: 9
 9000 9001 9002 9003 9004 9005 9006 9007 9008 9009 9010 9011
 9012 9013 9014 9015 9016 9017 9018 9019 9020 9021 9022 9023
 9024 9025 9026 9027 9028 9029 9030 9031 9034 9035 9036 9997
 9998 9999
Tract: 403.01
Tract: 403.02
Tract: 403.03
BG: 3
 3010 3011 3016 3017 3018
BG: 4
 4001 4002 4003 4004 4005 4006 4007 4010 4011 4012 4013
Tract: 403.04
BG: 1
 1000 1001 1002 1003 1004 1008 1009
BG: 2
 2004 2005 2006 2007 2008 2009 2010 2011 2012
BG: 3
Tract: 403.05
BG: 3
 3000 3001 3002 3003 3004 3005 3006 3007 3008 3010
Tract: 404.05
BG: 1
 1019
Tract: 404.07
BG: 2
 2008 2009 2010 2011 2017
Tract: 405.03
BG: 4
 4000 4001 4002 4003 4004
Tract: 405.09
BG: 2
 2000

    Tract: 405.11
    BG: 1

District 005
Clayton County
    Tract: 404.05
    BG: 3
     3005 3006
    Tract: 404.06
    BG: 2
     2000 2001 2002 2021 2022 2023 2024 2025 2026 2027 2028 2029
     2030 2031
    BG: 9
     9000 9001 9002 9003 9004 9005 9006 9008 9009 9010 9011 9012
     9013 9014 9015 9016 9017 9018 9019 9020 9021 9022 9023
    Tract: 405.03
    BG: 1
     1000 1001 1002 1003 1007 1008 1009 1010 1011 1012 1013 1014
     1015 1016 1017 1018 1019 1020 1021 1022 1023 1024 1025 1026
     1027 1028 1029 1030 1031 1032 1033 1034 1035 1036 1037 1038
     1039 1040 1041 1042
    BG: 3
     3002 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012 3013
     3014 3015 3016 3017 3018 3021 3022 3023 3024
    BG: 4
     4009 4010
    Tract: 405.06
    BG: 2
     2000 2001 2002 2003 2004 2005 2018 2019 2020 2021 2022 2023
     2024
    BG: 4
    Tract: 405.16
    BG: 1
     1000 1001 1006 1007 1008 1009 1010 1011 1012 1013 1014 1015
     1016 1017 1018
    BG: 2
     2002 2003 2004 2005 2006 2007 2008 2009
    Tract: 406.11
    Tract: 406.12
    BG: 3
     3000 3001 3002 3003 3004 3005 3006
    BG: 4

District 006
Clayton County
    Tract: 404.12
    BG: 2
    Tract: 405.16
    BG: 2
     2000 2001

Tract: 405.17
BG: 2
 2003
Tract: 405.18
BG: 1
 1006
BG: 2
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009
Tract: 406.07
BG: 1
 1000 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012
 1013 1014 1015 1016 1017 1024 1025 1998 1999
BG: 2
 2045 2046
Tract: 406.09
Tract: 406.10
BG: 3
Tract: 406.12
BG: 2
BG: 3
 3007 3008 3009 3010 3011 3012 3013 3014 3015 3016 3017 3018
 3019 3020 3021 3022 3023 3024 3025 3026 3027 3028 3029 3030
 3031 3032 3033 3034 3035 3036 3037 3038 3039 3040 3041 3042
 3043 3044 3045
Tract: 406.13
BG: 2
 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
 2012 2013 2014 2015 2016 2017 2018 2019 2020 2025 2026 2027
 2028 2999
BG: 3
 3013 3014 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024
 3025 3026 3027 3028 3029 3030 3031 3032 3033 3034 3035 3036
 3037 3038 3039 3040 3041 3042 3043 3999
Tract: 406.14
BG: 4
BG: 5
 5000 5001 5002 5003 5004 5005 5006 5007 5008 5009 5010 5011
 5012 5022 5023 5024 5025 5999

District 007
Clayton County
 Tract: 402.02
 BG: 9
  9032 9033
 Tract: 403.04
 BG: 1
  1005 1006 1007 1010 1011 1012 1013 1014 1015
 BG: 2
  2000 2001 2002 2003 2013 2014 2015 2016 2017 2018 2019 2020
  2021 2022 2023 2024 2025 2026
 Tract: 403.05

BG: 1
BG: 2
BG: 3
 3009 3011 3012 3013 3014 3015 3016 3017 3018 3019 3020 3021
 3022 3023 3024 3025
Tract: 404.05
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
 1012 1013 1014 1015 1016 1017 1018
BG: 2
BG: 3
 3000 3001 3002 3003 3004 3007 3008 3009 3010 3011 3012 3013
 3014 3015
Tract: 404.06
BG: 1
 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011 1012 1013
 1014 1015 1016 1017 1018 1019 1020 1021
BG: 2
 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014
 2015 2016 2017 2018 2019 2020
BG: 9
 9007
Tract: 404.07
BG: 2
 2007 2012 2013 2014 2015 2016 2018 2019 2020 2021 2022 2023
 2060 2061 2062 2063 2064 2065 2066 2067 2068 2069
Tract: 404.08
BG: 4
 4004 4005 4006 4007 4008 4020 4021 4022 4023 4998 4999
Tract: 405.03
BG: 1
 1004 1005 1006
BG: 3
 3000 3001 3019 3020
BG: 4
 4005 4006 4007 4008 4011 4012 4013 4014 4015 4016 4017

District 008
Clayton County
 Tract: 403.03
 BG: 1
 BG: 2
 BG: 3
  3000 3001 3002 3003 3004 3005 3006 3007 3008 3009 3012 3013
  3014 3015
 BG: 4
  4000 4008 4009
 BG: 5
 BG: 6
 Tract: 404.07
 BG: 1

BG: 2
 2000 2001 2002 2003 2004 2005 2006 2024 2025 2026 2027 2028
 2029 2030 2031 2032 2033 2034 2035 2036 2037 2038 2039 2040
 2041 2042 2043 2044 2045 2046 2047 2048 2049 2050 2051 2052
 2053 2054 2055 2056 2057 2058 2059
Tract: 404.08
BG: 2
BG: 3
 3000 3001 3002 3005 3006 3007 3008
BG: 4
 4000 4001 4002 4003 4011 4012 4013 4017
Tract: 404.09
BG: 6
BG: 7
 7000 7001 7002 7003 7004 7005 7006 7007 7017 7018 7019
Tract: 404.10
BG: 1
BG: 2
BG: 9
 9004 9005 9006 9007 9008 9009 9010 9022 9025 9058 9059 9060
 9061
Tract: 404.12
BG: 1
 1000 1001 1002 1003 1004 1005 1006 1007 1008 1009 1010 1011
 1012 1013 1014 1016 1017 1018
BG: 3
 3000 3001 3002
Tract: 404.13
BG: 4
 4001 4002 4003 4009 4010 4011 4012

District 009
Clayton County
  Tract: 404.06
  BG: 1
   1000 1001 1022 1023 1024 1025
  Tract: 404.08
  BG: 3
   3003 3004 3009 3010 3011 3012 3013 3014 3015 3016 3017 3018
   3019
  BG: 4
   4009 4010 4014 4015 4016 4018 4019
  Tract: 404.09
  BG: 7
   7008 7009 7010 7011 7012 7013 7014 7015 7016
  Tract: 404.10
  BG: 9
   9000 9001 9002 9003 9011 9012 9013 9014 9015 9016 9017 9018
   9019 9020 9021 9023 9024 9026 9027 9028 9029 9030 9031 9032
   9033 9034 9035 9036 9037 9038 9039 9040 9041 9042 9043 9044
   9045 9046 9047 9048 9049 9050 9051 9052 9053 9054 9055 9056

```
 9057
Tract: 404.11
Tract: 404.12
BG: 1
 1015
BG: 3
 3003 3004 3005 3006 3007 3008 3009 3010 3011 3012 3013 3014
 3015 3016 3017 3018 3019 3020 3021 3022 3023 3024 3025 3026
 3027 3028 3029 3030 3031 3032
Tract: 404.13
BG: 3
BG: 4
 4000 4004 4005 4006 4007 4008
Tract: 406.10
BG: 1
BG: 2
```

STATE OF GEORGIA

COUNTY OF CLAYTON

### RESOLUTION

A RESOLUTION REQUESTING THAT LEGISLATION BE INTRODUCED IN THE 2001 SPECIAL SESSION OF THE GEORGIA GENERAL ASSEMBLY PROVIDING FOR THE REDELINEATION OF BOARD OF EDUCATION MEMBER DISTRICTS ACCORDING TO POPULATION USING THE UNITED STATES DECENNIAL CENSUS OF 2000 FOR THE STATE OF GEORGIA; TO PROVIDE AN EFFECTIVE DATE OF THIS RESOLUTION; AND FOR OTHER PURPOSES.

WHEREAS, the Georgia Legislature in the 1994 session approved locally introduced legislation providing for the election of members of the Board of Education by qualified voters within single districts; and

WHEREAS, the Board of Education member districts were delineated according to the U.S. Department of Commerce, Bureau of Census, report of the United States Decennial census of 1990 for the State of Georgia; and

WHEREAS, as a result of the United States Decennial census of 2000 for the State of Georgia, the population, as well as the demographics of Clayton County, has changed to the extent that is appropriate to redelineate the Board of Education member districts for the next general election in 2002; and

WHEREAS, it appears to be in the best interest of the citizens of Clayton County to have local legislation introduced in the 2001 special session of the Georgia General Assembly providing for the redelineation of the Board of Education member districts in Clayton County.

NOW THEREFORE, BE IT RESOLVED BY THE BOARD OF EDUCATION OF CLAYTON COUNTY, GEORGIA AND IT IS HEREBY RESOLVED

Section 1  The Clayton County Board of Education hereby requests that the Clayton County Delegation to the Georgia General Assembly introduce local legislation in the 2001 special session of the Georgia General Assembly that provides for the redelineation of the Board of Education member districts according to the U. S. Department of Commerce, Bureau of Census, report of the United States Decennial census of 2000 for the State of Georgia.

Section 2.  This resolution shall be effective on the date of its approval by the Clayton County Board of Education.

SO RESOLVED, this the 24 day of July, 2001.

CLAYTON COUNTY BOARD OF EDUCATION

Marc C. Armstrong
s/ MARK C. ARMSTRONG, CHAIRMAN

Ericka Davis
s/ ERICKA DAVIS, VICE CHAIRMAN

Opposed
LINDA CRUMMY, BOARD MEMBER

David Halcome, Sr.
s/ DAVID HALCOME, SR., BOARD MEMBER

Opposed
CONNIE KITCHENS, BOARD MEMBER

Bob Livingston
s/ BOB LIVINGSTON, BOARD MEMBER

Susan Wilson-Tucker
s/ SUSAN WILSON-TUCKER, BOARD MEMBER

Absent
NEDRA WARE, BOARD MEMBER

Barbara Wells
s/ BARBARA WELLS, BOARD MEMBER

ATTEST:

Sandra K. Languell
s/ SANDRA LANGUELL, SECRETARY

## NOTICE OF INTENTION TO INTRODUCE LOCAL LEGISLATION

Notice is given that there will be introduced at a 2001 Special Session of the General Assembly of Georgia a bill to amend an Act changing the composition of and manner of selecting the Clayton County Board of Education, approved April 12, 1982 (Ga. L. 1982, p. 4431), as amended, particularly by an Act approved March 30, 1993 (Ga. L. 1993, p/ 4341); and for other purposes.

Clayton County Delegation to the General Assembly of Georgia

### GEORGIA, FULTON COUNTY

Personally appeared before me, the undersigned authority, duly authorized to administer oaths, Mike Barnes, who on oath deposes and says that he is the Representative from the 97th District and further deposes and says as follows:

(1) That the attached Notice of Intention to Introduce Local Legislation was published in the Clayton News Daily which is the official organ of Clayton County on the following date: July 26, 2001.

(2) That the laws requiring notice of local legislation were further complied with in the manner checked below:

\_\_\_\_ A copy of the notice of intention was mailed, transmitted by facsimile, or otherwise provided to the governing authority of any county, municipality, or consolidated government whose charter or enabling Act is amended, as required by subsection (b) of Code Section 28-1-14.

\_\_\_\_ The notice requirement of subsection (b) of Code Section 28-1-14 does not apply because the bill was requested by resolution or other written notification of the governing authority of the affected county, municipality, or consolidated government and a copy of such resolution or notification is attached hereto.

__X__ The notice requirement of subsection (b) of Code Section 28-1-14 does not apply because the bill does not amend the charter of a municipality or the enabling Act of a county or consolidated government or the bill affects a local school system.

\_\_\_\_ The notice requirement of subsection (b) of Code Section 28-1-14 does not apply because the bill is an annexation bill and a copy of the bill was provided to the county governing authority within which the area to be annexed is located at the time the notice was published, as required by Code Section 28-1-14.1.

s/ MIKE BARNES  
Mike Barnes  
Representative, 97th District

Sworn to and subscribed before me,  
this 22 day of August, 2001.

s/ DEANA COKER
Deana Coker
Notary Public, Laurens County, Georgia
My Commission Expires Aug. 18, 2003
(SEAL)

Approved October 25, 2001.

---

CITY OF STAPLETON – MAYOR AND COUNCIL; TERMS OF OFFICE; AT-LARGE ELECTIONS; PLURALITY VOTE; MANNER OF ELECTION.

No. 2EX27 (House Bill No. 15EX2).

AN ACT

To amend an Act creating a new charter for the City of Stapleton, approved March 30, 2000 (Ga. L. 2000, p. 3543), as amended, particularly by an Act approved April 13, 2001 (Ga. L. 2001, p. 3702), so as to change the terms of office of the mayor and councilmembers; to provide for at-large elections; to authorize election by plurality vote; to provide for the manner of election of the mayor and councilmembers; to provide for related matters; to repeal conflicting laws; and for other purposes.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

SECTION 1.

An Act creating a new charter for the City of Stapleton, approved March 30, 2000 (Ga. L. 2000, p. 3543), as amended, particularly by an Act approved April 13, 2001 (Ga. L. 2001, p. 3702), is amended by striking Section 2.05 in its entirety and inserting in lieu thereof a new Section 2.05 to read as follows:

"SECTION 2.05.
Election of the city council and mayor.

(a) On the Tuesday following the first Monday in November 2000 an election shall be conducted by the city election manager at the same hours and places for general elections to elect three councilmembers. The three candidates for city council elected at that time to the councilmember positions held on January 1, 2000, by Kevin Prescott (Seat No. 1), Barbara Heckard (Seat No. 2), and Carol Smith (Seat No. 3) shall take office on January 1, 2001, and serve for terms expiring December 31, 2002, and until such city councilmembers' successors are elected and qualified as provided in subsection (c) of this section.
(b) On the Tuesday following the first Monday in November 2001 an election shall be conducted by the city election manager at the same hours and places for general elections to elect a mayor and two councilmembers. The mayor elected at that time shall take office on January 1, 2002, at the expiration of the term of office of the person serving as mayor on January 1, 2000, June Rooks. The two candidates for city council elected at that time to the councilmember positions held on January 1, 2000, by James Sheppard (Seat No. 4) and George Stapleton

EXHIBIT "A"
Page 12