# SALES TAX RATE CHART
## EFFECTIVE January 1, 2011

Code 000 - State Sales Tax 4% - not included in County Sales Tax Rates below.

| CODE | COUNTY | RATE | TYPE | CODE | COUNTY | RATE | TYPE | CODE | COUNTY | RATE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Appling | 3 | LSE | 055 | Fannin | 3 | LSE | 109 | Oglethorpe | 3 | LSE |
| 002 | Atkinson | 3 | LSE | 056 | Fayette | 2 | L E | 110 | Paulding | 3 | LSE |
| 003 | Bacon | 3 | LSE | 057 | Floyd | 3 | LSE | 111 | Peach | 3 | LSE |
| 004 | Baker | 3 | LSE | 058 | Forsyth | 3 | LSE | 112 | Pickens | 3 | LSE |
| 005 | Baldwin | 3 | LSE | 059 | Franklin | 3 | LSE | 113 | Pierce | 3 | LSE |
| 006 | Banks | 3 | LSE | 060 | Fulton | 3 | M L E | 114 | Pike | 2 | L E |
| 007 | Barrow | 3 | LSE | 061 | Gilmer | 3 | LSE | 115 | Polk | 3 | LSE |
| 008 | Bartow | 3 | LSE | 062 | Glascock | 3 | LSE | 116 | Pulaski | 3 | LSE |
| 009 | Ben Hill | 3 | LSE | 063 | Glynn | 3 | LSE | 117 | Putnam | 3 | LSE |
| 010 | Berrien | 3 | LSE | 064 | Gordon | 3 | LSE | 118 | Quitman | 3 | LSE |
| 011 | Bibb | 2 | L E | 065 | Grady | 3 | LSE | 119 | Rabun | 3 | LSE |
| 012 | Bleckley | 3 | LSE | 066 | Greene | 3 | LSE | 120 | Randolph | 3 | LSE |
| 013 | Brantley | 3 | LSE | 067 | Gwinnett | 2 | SE | 121 | Richmond | 3 | LSE |
| 014 | Brooks | 3 | LSE | 068 | Habersham | 3 | LSE | 122 | Rockdale | 3 | SEH |
| 015 | Bryan | 3 | LSE | 069 | Hall | 3 | LSE | 123 | Schley | 3 | LSE |
| 016 | Bulloch | 3 | LSE | 070 | Hancock | 3 | LSE | 124 | Screven | 3 | LSE |
| 017 | Burke | 2 | LS | 071 | Haralson | 3 | LSE | 125 | Seminole | 3 | LSE |
| 018 | Butts | 3 | LSE | 072 | Harris | 3 | LSE | 126 | Spalding | 3 | LSE |
| 019 | Calhoun | 3 | LSE | 073 | Hart | 3 | LSE | 127 | Stephens | 3 | LSE |
| 020 | Camden | 3 | LSE | 074 | Heard | 3 | LSE | 128 | Stewart | 3 | LSE |
| 021 | Candler | 3 | LSE | 075 | Henry | 3 | LSE | 129 | Sumter | 3 | LSE |
| 022 | Carroll | 3 | LSE | 076 | Houston | 3 | LSE | 130 | Talbot | 3 | LSE |
| 023 | Catoosa | 3 | LSE | 077 | Irwin | 3 | LSE | 131 | Taliaferro | 3 | LSE |
| 024 | Charlton | 3 | LSE | 078 | Jackson | 3 | LSE | 132 | Tattnall | 3 | LSE |
| 025 | Chatham | 3 | LSE | 079 | Jasper | 3 | LSE | 133 | Taylor | 3 | LSE |
| 026 | Chattahoochee | 3 | LSE | 080 | Jeff Davis | 3 | LSE | 134 | Telfair | 3 | LSE |
| 027 | Chattooga | 3 | LSE | 081 | Jefferson | 3 | LSE | 135 | Terrell | 3 | LSE |
| 028 | Cherokee | 2 | SE | 082 | Jenkins | 3 | LSE | 136 | Thomas | 3 | LSE |
| 029 | Clarke | 3 | LSE | 083 | Johnson | 3 | LSE | 137 | Tift | 3 | LSE |
| 030 | Clay | 3 | LSE | 084 | Jones | 3 | LSE | 138 | Toombs | 3 | LSE |
| 031 | Clayton | 3 | LSE | 085 | Lamar | 3 | LSE | 139 | Towns | 3 | L E O |
| 032 | Clinch | 3 | LSE | 086 | Lanier | 3 | LSE | 140 | Treutlen | 3 | LSE |
| 033 | Cobb | 2 | SE | 087 | Laurens | 3 | LSE | 141 | Troup | 3 | LSE |
| 034 | Coffee | 3 | LSE | 088 | Lee | 3 | LSE | 142 | Turner | 3 | LSE |
| 035 | Colquitt | 3 | LSE | 089 | Liberty | 3 | LSE | 143 | Twiggs | 3 | LSE |
| 036 | Columbia | 3 | LSE | 090 | Lincoln | 3 | LSE | 144 | Union | 3 | LSE |
| 037 | Cook | 3 | LSE | 091 | Long | 3 | LSE | 145 | Upson | 3 | LSE |
| 038 | Coweta | 3 | LSE | 092 | Lowndes | 3 | LSE | 146 | Walker | 3 | LSE |
| 039 | Crawford | 3 | LSE | 093 | Lumpkin | 3 | LSE | 147 | Walton | 3 | LSE |
| 040 | Crisp | 3 | LSE | 094 | Macon | 3 | LSE | 148 | Ware | 3 | LSE |
| 041 | Dade | 3 | LSE | 095 | Madison | 3 | LSE | 149 | Warren | 3 | LSE |
| 042 | Dawson | 3 | LSE | 096 | Marion | 3 | LSE | 150 | Washington | 3 | LSE |
| 043 | Decatur | 3 | LSE | 097 | McDuffie | 3 | LSE | 151 | Wayne | 3 | LSE |
| 044 | Dekalb | 3 | M EH | 098 | McIntosh | 3 | LSE | 152 | Webster | 3 | LSE |
| 045 | Dodge | 3 | LSE | 099 | Meriwether | 3 | LSE | 153 | Wheeler | 2 | L E |
| 046 | Dooly | 3 | LSE | 100 | Miller | 3 | LSE | 154 | White | 3 | LSE |
| 047 | Dougherty | 3 | LSE | 101 | Mitchell | 3 | LSE | 155 | Whitfield | 2 | L E |
| 048 | Douglas | 3 | LSE | 102 | Monroe | 3 | LSE | 156 | Wilcox | 3 | LSE |
| 049 | Early | 3 | LSE | 103 | Montgomery | 3 | LSE | 157 | Wilkes | 3 | LSE |
| 050 | Echols | 3 | LSE | 104 | Morgan | 3 | LSE | 158 | Wilkinson | 3 | LSE |
| 051 | Effingham | 3 | LSE | 105 | Murray | 3 | LSE | 159 | Worth | 3 | LSE |
| 052 | Elbert | 3 | LSE | 106 | Muscogee | 3 | L E O | 060 | **City of Atlanta** | 1 | O |
| 053 | Emanuel | 3 | LSE | 107 | Newton | 3 | LSE | | | | |
| 054 | Evans | 3 | LSE | 108 | Oconee | 3 | LSE | | | | |

Food Tax is equal to county tax rate with exception of: DeKalb and Rockdale HOST, Taliaferro and Webster LOST, and Muscogee OTHER LOST which are exempt from food tax until January 1, 2011.

M = MARTA   L = LOCAL OPTION   S = SPECIAL PURPOSE   E = EDUCATIONAL   H = HOMESTEAD   O = OTHER LOCAL OPTION

SEE FRONT PAGE "IMPORTANT BULLETINS" FOR NEXT QUARTER'S RATE CHANGES OR
FOR THE MOST UP-TO-DATE CHANGES GO TO: http://www.etax.dor.ga.gov/salestax/index.aspx

EXHIBIT "B"