# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DR. PAM ADAMSON, WANDA     :
SMITH, OPHELIA BURROUGHS,    :
MARY BAKER, DR. ALIEKA       :
ANDERSON and CHARLTON      :
BIVINS, in their official capacities   :    CIVIL ACTION
as members of the Clayton County   :
Board of Education and individually   :    FILE NO. 1:12-CV-1665-CAP
as residents and voters in the       :
Clayton County School District,     :
                               :
        Plaintiffs,           :
                               :
v.                                    :
                               :
CLAYTON COUNTY            :
ELECTIONS AND              :
REGISTRATION BOARD,       :
ROBERT P. BOLIA, PATRICIA    :
PULLAR, RUTH F. ASH, VIVIAN   :
BALDWIN AND JIM          :
CONSTABLE, in their official     :
capacities as members of the      :
Clayton County Elections and     :
Registration Board,           :
                               :
       Defendants.         :

## **AFFIDAVIT**

STATE OF GEORGIA

COUNTY OF COBB

Personally appeared before the undersigned attesting officer authorized to administer oaths, Mark Oestreich, who, after being duly sworn, on oath deposes and says:

1.

My name is Mark Oestreich. I am employed by the law firm of Brock, Clay, Calhoun and Rogers, LLC ("BCCR") as a Network Administrator. I am competent to make this affidavit, and this affidavit is based upon my personal knowledge.

2.

As part of my employment with BCCR, I was tasked with assisting in the preparation of a new map for the districts for the Clayton County Board of Education ("BOE") based on data from the 2010 decennial Census. I understand that the current BOE voting districts are not drawn based on the 2010 decennial Census data and, instead, are the voting districts that have existed since the early 2000's.

3.

BCCR has a software package called *Caliper Maptitude for Redistricting* (hereinafter referred to as "Maptitude"), which is the same software package utilized by the Georgia General Assembly to draw voting district lines.

EXHIBIT "C"

4.

In order to assist the BOE to prepare a map with new voting district lines based upon the 2010 decennial Census data, BCCR purchased the 2010 decennial Census data from Caliper, the company that created Maptitutde, for Clayton County and I uploaded that data to Maptitude.

5.

Attached hereto as Exhibit "1" is a chart based on the data BCCR purchased. Exhibit "1" shows population data based on 2010 Census figures for the current BOE voting districts. The data contained in Exhibit "1" came from the 2010 decennial Census data BCCR purchased and which I uploaded to Maptitude.

6.

Attached hereto as Exhibit "2" is a chart based on the 2010 Census figures for the BOE voting districts as proposed by certain members of the BOE. The data contained in Exhibit "2" came from the 2010 decennial Census data BCCR purchased and which I uploaded to Maptitude.

7.

As part of assisting the BOE with its proposed new voting districts, I used Maptitude to create a new voting district map, which is a file entitled "claytonsb-

EXHIBIT "C"

import-01202012.". A true and accurate copy of the proposed new map is attached

hereto as Exhibit "3."

8.

I have relied upon my personal knowledge of the transaction at issue in this

case in making this Affidavit.

Sworn to and subscribed
before me this _____7th_____ day
of _____June_____, 2012.

Notary Public

Mark Oestreich, Affiant

1368669_1

- 4 -

# 2010 POPULATIONS UNDER EXISTING DISTRICTS

| District | Pop. | 18+ Pop. | Ideal Value | Deviation | % Deviation |
|---|---|---|---|---|---|
| 1 | 37680 | 26640 | 28825 | 8855 | 30.72% |
| 2 | 30158 | 20843 | 28825 | 1333 | 4.62% |
| 3 | 26606 | 19402 | 28825 | -2219 | -7.70% |
| 4 | 21602 | 15355 | 28825 | -7223 | -25.06% |
| 5 | 24622 | 17237 | 28825 | -4203 | -14.58% |
| 6 | 32066 | 23738 | 28825 | 3241 | 11.24% |
| 7 | 25448 | 17732 | 28825 | -3377 | -11.72% |
| 8 | 26914 | 19200 | 28825 | -1911 | -6.63% |
| 9 | 34328 | 24298 | 28825 | 5503 | 19.09% |

| District | White | % White | 18+ White | % 18+ White | Black | % Black | 18+ Black | % 18+ Black |
|---|---|---|---|---|---|---|---|---|
| 1 | 8973 | 23.81% | 7374 | 19.57% | 24772 | 65.74% | 16856 | 44.73% |
| 2 | 3023 | 10.02% | 2418 | 8.02% | 23833 | 79.03% | 16420 | 54.45% |
| 3 | 1840 | 6.92% | 1622 | 6.10% | 22458 | 84.41% | 16245 | 61.06% |
| 4 | 3003 | 13.90% | 2421 | 11.21% | 14497 | 67.11% | 10147 | 46.97% |
| 5 | 4703 | 19.10% | 3805 | 15.45% | 16235 | 65.94% | 11058 | 44.91% |
| 6 | 8073 | 25.18% | 6999 | 21.83% | 20629 | 64.33% | 14509 | 45.25% |
| 7 | 7345 | 28.86% | 5547 | 21.80% | 11236 | 44.15% | 7702 | 30.27% |
| 8 | 5494 | 20.41% | 4403 | 16.36% | 15011 | 55.77% | 10529 | 39.12% |
| 9 | 6506 | 18.95% | 5257 | 15.31% | 22809 | 66.44% | 15752 | 45.89% |

| District | Hispanic | % Hispanic | 18+ Hispanic | % 18+ Hisp. | Asian | % Asian | 18+ Asian | % 18+ Asian |
|---|---|---|---|---|---|---|---|---|
| 1 | 4286 | 11.37% | 2595 | 6.89% | 864 | 2.29% | 635 | 1.69% |
| 2 | 3349 | 11.10% | 1962 | 6.51% | 686 | 2.27% | 518 | 1.72% |
| 3 | 1209 | 4.54% | 767 | 2.88% | 1080 | 4.06% | 794 | 2.98% |
| 4 | 4031 | 18.66% | 2615 | 12.11% | 930 | 4.31% | 721 | 3.34% |
| 5 | 3739 | 15.19% | 2298 | 9.33% | 876 | 3.56% | 691 | 2.81% |
| 6 | 2363 | 7.37% | 1543 | 4.81% | 1540 | 4.80% | 1172 | 3.66% |
| 7 | 7716 | 30.32% | 4710 | 18.51% | 2375 | 9.33% | 1808 | 7.10% |
| 8 | 4653 | 17.29% | 2899 | 10.77% | 2658 | 9.88% | 1967 | 7.31% |
| 9 | 4101 | 11.95% | 2442 | 7.11% | 1928 | 5.62% | 1459 | 4.25% |

EXHIBIT "1"

# 2010 POPULATIONS UNDER PROPOSED DISTRICTS

| District | Pop. | 18+ Pop. | Ideal Value | Deviation | % Deviation |
|---|---|---|---|---|---|
| 1 | 28291 | 20228 | 28825 | -534 | -1.85% |
| 2 | 28954 | 19843 | 28825 | 129 | 0.45% |
| 3 | 28316 | 20256 | 28825 | -509 | -1.77% |
| 4 | 29009 | 20764 | 28825 | 184 | 0.64% |
| 5 | 29011 | 20059 | 28825 | 186 | 0.65% |
| 6 | 28837 | 21828 | 28825 | 12 | 0.04% |
| 7 | 28353 | 20172 | 28825 | -472 | -1.64% |
| 8 | 29353 | 20570 | 28825 | 528 | 1.83% |
| 9 | 29300 | 20725 | 28825 | 475 | 1.65% |

| District | White | % White | 18+ White | % 18+ White | Black | % Black | 18+ Black | % 18+ Black |
|---|---|---|---|---|---|---|---|---|
| 1 | 6700 | 23.68% | 5696 | 20.13% | 19187 | 67.82% | 12992 | 45.92% |
| 2 | 3762 | 12.99% | 2916 | 10.07% | 22242 | 76.82% | 15169 | 52.39% |
| 3 | 2602 | 9.19% | 2151 | 7.60% | 22168 | 78.29% | 15860 | 56.01% |
| 4 | 3249 | 11.20% | 2639 | 9.10% | 21375 | 73.68% | 15153 | 52.24% |
| 5 | 5363 | 18.49% | 4332 | 14.93% | 19537 | 67.34% | 13089 | 45.12% |
| 6 | 7890 | 27.36% | 6866 | 23.81% | 17828 | 61.82% | 12900 | 44.73% |
| 7 | 7996 | 28.20% | 6124 | 21.60% | 12785 | 45.09% | 9025 | 31.83% |
| 8 | 5133 | 17.49% | 4070 | 13.87% | 19317 | 65.81% | 13283 | 45.25% |
| 9 | 6265 | 21.38% | 5052 | 17.24% | 17041 | 58.16% | 11747 | 40.09% |

| District | Hispanic | % Hispanic | 18+ Hispanic | % 18+ Hisp. | Asian | % Asian | 18+ Asian | % 18+ Asian |
|---|---|---|---|---|---|---|---|---|
| 1 | 2287 | 8.08% | 1519 | 5.37% | 637 | 2.25% | 472 | 1.67% |
| 2 | 3249 | 11.22% | 1836 | 6.34% | 648 | 2.24% | 502 | 1.73% |
| 3 | 2888 | 10.20% | 1717 | 6.06% | 1155 | 4.08% | 834 | 2.95% |
| 4 | 4200 | 14.48% | 2732 | 9.42% | 1021 | 3.52% | 792 | 2.73% |
| 5 | 4104 | 14.15% | 2521 | 8.69% | 949 | 3.27% | 753 | 2.60% |
| 6 | 2148 | 7.45% | 1395 | 4.84% | 1485 | 5.15% | 1112 | 3.86% |
| 7 | 8044 | 28.37% | 4940 | 17.42% | 2789 | 9.84% | 2139 | 7.54% |
| 8 | 4300 | 14.65% | 2630 | 8.96% | 1510 | 5.14% | 1127 | 3.84% |
| 9 | 4227 | 14.43% | 2541 | 8.67% | 2743 | 9.36% | 2034 | 6.94% |

EXHIBIT "2"



Clayton County, Georgia
Proposed School Board

EXHIBIT "3"