

# Clayton County Public Schools
## Office of the Superintendent

1058 Fifth Avenue • Jonesboro, Georgia 30236 • (770) 473-2700 • FAX (770) 473 2778

EDMOND T. HEATLEY, Ed.D.
Superintendent of Schools
Via Courier

February 15, 2012

Roberta Abdul-Salaam, Ph.D.
Chair, Clayton County Legislative Delegation
Representative, District 74
Coverdale Legislative Office Building, Room 612-H
18 Capitol Square, SW
Atlanta, GA 30334

RE: Clayton County Board of Education Redistricting Plan

Madame Representative:

This letter is in response to your letter dated February 13, 2012 (attached). You requested a copy of the proposed Redistricting Plan, information about the type of Plan, information regarding the demographics for any proposed changes, and copies of the maps delineating the current or proposed districts.

The Clayton County Board of Education Redistricting Plan is titled "claytonsb import-01202012" and is a local plan. The Redistricting Plan itself is reflected in the minutes of the January 30, 2012 Work Session of the Clayton County Board of Education. These minutes are enclosed.

The minutes also demonstrate that the Redistricting Plan was approved by a majority of the Clayton County Board of Education. Thus, the District is not aware of any obligation to have each Board member sign the Resolution approving the Clayton County Board of Education Redistricting Plan.

Finally, enclosed is a copy of the Summary of Statistics, which shows the existing demographics as well as the demographics with the proposed changes, and a copy of the proposed Redistricting Map, which delineates the proposed districts.

We have submitted the proposed Redistricting Map to Brian Knight, Map Specialist, Legislative and Congressional Reapportionment Office, and we have been told that the proposed Redistricting Map has technical approval.

We trust the above information will assist the Delegation in their review and appreciate your consideration of the proposed Redistricting Plan. If we can be of further assistance, please call my assistant, Gail Davis, at 770-473-2712 or me.

Regards,

Dr. Edmond T. Heatley
Superintendent

Enclosures

cc: Members, Clayton County Legislative Delegation
Dr. Pamela Adamson, Chair, Clayton County Board of Education
Dr. Alieka Anderson, Legislative Liaison, Clayton County Board of Education

EXHIBIT "D"
Page 1

**Clayton County Schools**

Meeting Minutes
Printed : 3/19/2012 4:32 PM EST

**Board Work Session Meeting**
**1/30/2012 6:00:00 PM**
1058 Fifth Avenue
Jonesboro, GA 30236

Clayton County Board of Education
Work Session
Agenda

### Attendees - voting members

| | |
|---|---|
| Dr. Pamela Adamson | Chair |
| Ms. Mary Baker | Vice Chair |
| Dr. Alieka Anderson | Board Member |
| Mr. Charlton Bivins | Board Member |
| Ms. Ophelia S. Burroughs | Board Member |
| Ms. Jessie Goree | Board Member |
| Mr. Michael King | Board Member |
| Ms. Wanda Smith | Board Member |

### Attendees - other

Dr. Edmond T. Heatley    Superintendent

### I. Call to Order.

Dr. Pam Adamson, Board Chair, called the January 30, 2012 monthly Board Work Session meeting to order at 6:03 p.m.

### II. Pledge of Allegiance

Dr. Adamson introduced Cadet Major Oscar Mayes, Cadet Lieutenant Darius Jackson and Cadet Captain Yusuf Harley, students from Drew High School, who led in the Pledge of Allegiance.

### III. Executive Session

A motion was made for the Board to enter into Executive Session at 6:05 p.m. to discuss personnel matters and, if needed to discuss disciplinary tribunal appeals, to have a client/attorney conference to discuss potential litigation or claims, and to discuss future acquisition of real estate.

Motion made by: Ms. Mary Baker
Motion seconded by: Dr. Alieka Anderson

Voting
Unanimously Approved

### IV. Ethics Statement

The Board returned from Executive Session at 6:41 p.m.

Dr. Adamson read the Ethics Statement.

### V. Adoption of Agenda

A motion was made to adopt the Agenda.

Motion made by: Ms. Ophelia S. Burroughs
Motion seconded by: Dr. Alleka Anderson

Voting
Unanimously Approved

## VI. Proposed Agenda from the Superintendent and Chair

A. Updates to the Board

1. Policy Series G, Personnel - First Read

    Dr. Heatley introduced the first read of the Policy Series G Personnel.

    Comments, questions and/or concerns were raised for clarification by Ms. Baker, Ms. Goree, Ms. Burroughs, Dr. Adamson, and Mr. Bivins.

    Dr. Heatley and Mr. Brock offered comments and explanations.

2. SPLOST and Construction

    Dr. Heatley introduced Mr. John Holloway, SPLOST Project Administrator, who presented the SPLOST Construction Update.

    Comments, questions and/or concerns were raised for clarification by Ms. Baker and Ms. Goree.

    Dr. Cephus Jackson and Mr. Holloway offered comments and explanations.

3. Technology

    Dr. Heatley introduced Mr. Tony Rogers, Director of Operational Technology who presented the Technology Update along with Ms. Lisa Young, Director of Professional and Instructional Technology.

    Comments, questions and/or concerns were raised for clarification by Ms. Goree, Dr. Anderson and Ms. Baker.

    Dr. Heatley offered comments/explanations.

4. WorkTec

    Dr. Heatley introduced Ms. Tamera Foley, Executive Director of Teaching and Learning, who presented the WorkTec Update.

    No comments, questions and or concerns were raised by Board members.

B. Business Services

1. Purchasing Report - Consent Agenda

Dr. Heatley introduced Ms. Lonita Collier, Director of Business Services who presented the Monthly Purchasing and Contract Approval Reports.

Comments, questions and/or concerns were raised for clarification by Ms. Goree, Ms. Baker, Ms. Smith, and Dr. Adamson.

Dr. Heatley and staff provided explanations.

2. Financial Report - Consent Agenda

   Dr. Heatley introduced the Monthly Financial Report as presented by Ms. Collier.

   No comments, questions or concerns were raised from Board members.

3. SPLOST IV Revenue Report - Consent Agenda

   Ms. Collier presented the Monthly SPLOST IV Revenue Report.

   Dr. Adamson provided comments.

C. Human Resources

   1. Personnel Changes Report - Consent Agenda

      Dr. Heatley introduced the Monthly Personnel Changes Report as presented by Ms. Damaris Perryman-Garrett.

      No comments, questions or concerns were raised from Board members.

D. Operations

   1. SPLOST Construction Update - Consent Agenda

      Dr. Heatley introduced Mr. John Holloway, SPLOST Coordinator, who presented the SPLOST Construction Update.

      No comments, questions or concerns were raised from Board members.

   2. B.C. Haynie Elementary Renovations & Modifications - Consent Agenda

      Mr. John Holloway presented Haynie Elementary Renovations and Modifications.

      Ms. Baker offered comment.

   3. Lovejoy Middle Renovations & Modifications - Consent Agenda

      Mr. John Holloway presented Lovejoy Middle Renovations and Modifications.

      No comments, questions or concerns were raised from Board members.

4. Babb Middle Renovations & Modifications - Consent Agenda

   Mr. John Holloway presented Babb Middle Renovations and Modifications.

   Comments, questions and/or concerns were raised for clarification by Ms. Goree.

   Dr. Cephus Jackson provided comments/explanations.

E. Teaching and Learning

   1. WorkTec - Consent Agenda

      Dr. Heatley introduced Ms. Tamera Foley, Executive Director of Student Services who presented the WorkTec Summary.

      No comments, questions or concerns were raised from Board members.

## VII. The Business Agenda (for Action)

A. Board Member - Voting Districts

   Dr. Pam Adamson introduced Mr. Glenn Brock, Board Attorney, who presented Board Member Re-Districting.

   Comments, questions and/or concerns were raised for clarification by Ms. Goree and Mr. King.

   Mr. Brock offered explanations.

   A motion was made to approve the Board of Education Redistricting Plan and that such map is authorized to be presented to the Georgia General Assembly with a recommendation of adoption.

   Comments, questions and/or concerns were raised by Ms. Goree and Mr. Blvins.

   Mr. Brock offered explanation.

   Motion made by: Dr. Alieka Anderson
   Motion seconded by: Ms. Mary Baker

   Voting
   Dr. Pamela Adamson - Yes
   Ms. Mary Baker - Yes
   Dr. Alieka Anderson - Yes
   Mr. Charlton Blvins - Yes
   Ms. Ophelia S. Burroughs - Yes
   Ms. Jessie Goree - Yes
   Mr. Michael King - No
   Ms. Wanda Smith - Yes

B. Recommendations from Executive Session

A motion was made to accept the decision of the employee hearing tribunal panel regarding the personnel issue discussed during Executive Session.

Motion made by: Ms. Mary Baker
Motion seconded by: Ms. Jessie Goree

Voting
Dr. Pamela Adamson - Yes
Ms. Mary Baker - Yes
Dr. Alieka Anderson - Yes
Mr. Charlton Bivins - Yes
Ms. Ophelia S. Burroughs - Yes
Ms. Jessie Goree - Yes
Mr. Michael King - No
Ms. Wanda Smith - No

C. Approval of the Proposed Agenda for February 6, 2012

A motion was made to approve the Proposed Agenda for the February 6, 2012 Board Meeting and to amend Item IX. The Consent Agenda I. WorkTec to include termination and transition of contracts.

Motion made by: Dr. Alieka Anderson
Motion seconded by: Ms. Mary Baker

Voting
Unanimously Approved

## VIII. Adjournment

A motion was made to adjourn the meeting at 8:30 p.m.

Motion made by: Dr. Alieka Anderson
Motion seconded by: Ms. Jessie Goree

Voting
Unanimously Approved

Chairperson                                    Secretary

