

BACK TO AGENDA

# Board Work Session Meeting 1/30/2012 - 6:00 PM
## 1058 Fifth Avenue Jonesboro, GA 30236

PREVIOUS

## VII. A. Board Member - Voting Districts

PRINT OPTIONS

Print Agenda
Print Item
Print Minutes    NEXT
Export Minutes

**Contacts**

Mr. Glenn Brock, Attorney

**Minutes**

Dr. Pam Adamson introduced Mr. Glenn Brock, Board Attorney, who presented Board Member Re-Districting.

Comments, questions and/or concerns were raised for clarification by Ms. Goree and Mr. King.

Mr. Brock offered explanations.

A motion was made to approve the Board of Education Redistricting Plan and that such map is authorized to be presented to the Georgia General Assembly with a recommendation of adoption.

Comments, questions and/or concerns were raised by Ms. Goree and Mr. Bivins.

Mr. Brock offered explanation.

Motion made by: Dr. Alieka Anderson
Motion seconded by: Ms. Mary Baker

Voting
Dr. Pamela Adamson - Yes
Ms. Mary Baker - Yes
Dr. Alieka Anderson - Yes
Mr. Charlton Bivins - Yes
Ms. Ophelia S. Burroughs - Yes
Ms. Jessie Goree - Yes
Mr. Michael King - No
Ms. Wanda Smith - Yes

Date: 6/1/2012
©2012 eBOARDsolutions Inc. - All rights reserved.

Version: 4.2.0.3
Privacy Notice

# A RESOLUTION
## OF THE CLAYTON COUNTY BOARD OF EDUCATION
## APPROVING THE BOARD OF EDUCATION
## REDISTRICTING PLAN

**WHEREAS**, pursuant to the United States Constitution, Article I, Section 2, a census is taken every ten (10) years to determine the apportionment of the House of Representatives; and

**WHEREAS**, in the same decennial census, the Georgia General Assembly is also reapportioned according to the patterns of increase and decrease in the population; and

**WHEREAS**, the Clayton County School District evaluates the apportionment of each of the educational districts after each United States Decennial Census; and

**WHEREAS**, in order to comply with the Voting Rights Act of 1965, the District ensures the educational districts are equal in size, with a deviation of plus or minus three percent (3%); and

**WHEREAS**, the Board members, along with legal representatives, have worked to redistrict Clayton's nine (9) school districts and present a map for approval and for submission to the General Assembly committee responsible for Georgia's reapportionment; and

**BE IT THEREFORE RESOLVED** that the Clayton County Board of Education approved the Board of Education Redistricting Plan at a public meeting on the 30th day of January, 2012, and authorized that such map be presented to the Georgia General Assembly with a recommendation of adoption.

**SO RESOLVED**, this __6__ day of February, 2012.

CLAYTON COUNTY BOARD OF EDUCATION

Pam Adamson, Ed.D., Board Chair
(signature in blue ink required)

Edmond T. Heatley, Ed.D., Secretary

[Board Seal]

1315126_2.DOCX