```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| DR. PAM ADAMSON, WANDA SMITH, OPEHLIA BURROUGHS, MARY BAKER, DR. ALIEKA ANDERSON, and CHARLTON BIVENS, in their official capacities as members of the Clayton County Board of Education and individually as residents and voters in the Clayton County School District, | |
|       Plaintiffs, | CIVIL ACTION |
|   v. | NO. 1:12-CV-1665-CAP |
| CLAYTON COUNTY ELECTIONS AND REGISTRATION BOARD, ROBERT P. BOLIA, PATRICIA PULLAR, RUTH F. ASH, VIVIAN BALDWIN, and JIM CONSTABLE, in their official capacities as members of the Clayton County Elections and Registration Board, and the STATE OF GEORGIA, as representative of the Georgia Legislature, | |
|       Defendants. | |

**O R D E R**

The court has prepared a proposed remedial map reapportioning the Clayton County Board of Education district boundaries using the 2010 Census results. Attached to this order are three versions of the map: Exhibit 1 shows the court's proposed district boundaries with no details other than municipalities and precinct lines; Exhibit 2 shows the court's proposed district boundaries with details such as road names and has red indicators for the current

addresses of the incumbent Board of Education members; Exhibit 3 shows the court's proposed district boundaries and has the details from Exhibit 2 along with the boundaries of the districts currently in effect. Also attached to this order as Exhibit 4 is a statistical breakdown of the proposed map.

Copies of Exhibits 1, 2, 3, and 4 will be available in the office of the Clerk of Court of the U.S. District Court for the Northern District of Georgia, in the office of the Clayton County Board of Education, and in the office of the Clayton County Elections and Registration Board during the pendency of this case. Likewise, poster-size versions of Exhibit 2 will be available for inspection at the same locations.

SO ORDERED, this __15th__ day of June, 2012.

>            /s/Charles A. Pannell, Jr.
>            CHARLES A. PANNELL, JR.
>            United States District Judge