# Proposed Clayton County School Board Districts as drawn by Federal Court

