# Proposed Clayton County School Board Districts as drawn by Federal Court



Black overlay lines are existing districts