Plan Name: **FedCt-ClaytonSB-(6-15-12)**   Plan Type: **FedCt**   User: **Gina**   Administrator: **Clayton SB**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 28,766 | -58 | -0.20% | 19,655 | 68.33% | 549 | 20,204 | 70.24% | 3,486 | 12.12% |
| | VAP | 20,021 | | | 13,191 | 65.89% | 252 | 13,443 | 67.14% | 2,133 | 10.65% |
| 002 | | 28,891 | 67 | 0.23% | 22,146 | 76.65% | 522 | 22,668 | 78.46% | 3,309 | 11.45% |
| | VAP | 20,186 | | | 15,442 | 76.50% | 256 | 15,698 | 77.77% | 1,945 | 9.64% |
| 003 | | 28,822 | -2 | -0.01% | 22,365 | 77.60% | 442 | 22,807 | 79.13% | 2,464 | 8.55% |
| | VAP | 20,633 | | | 15,812 | 76.63% | 226 | 16,038 | 77.73% | 1,482 | 7.18% |
| 004 | | 28,873 | 49 | 0.17% | 21,285 | 73.72% | 482 | 21,767 | 75.39% | 4,017 | 13.91% |
| | VAP | 20,569 | | | 15,022 | 73.03% | 260 | 15,282 | 74.30% | 2,580 | 12.54% |
| 005 | | 28,687 | -137 | -0.48% | 18,421 | 64.21% | 525 | 18,946 | 66.04% | 3,596 | 12.54% |
| | VAP | 20,586 | | | 12,723 | 61.80% | 227 | 12,950 | 62.91% | 2,260 | 10.98% |
| 006 | | 28,737 | -87 | -0.30% | 18,278 | 63.60% | 467 | 18,745 | 65.23% | 2,281 | 7.94% |
| | VAP | 21,080 | | | 12,784 | 60.65% | 227 | 13,011 | 61.72% | 1,422 | 6.75% |
| 007 | | 28,822 | -2 | -0.01% | 13,124 | 45.53% | 474 | 13,598 | 47.18% | 8,401 | 29.15% |
| | VAP | 20,336 | | | 9,088 | 44.69% | 232 | 9,320 | 45.83% | 5,212 | 25.63% |
| 008 | | 28,931 | 107 | 0.37% | 18,840 | 65.12% | 459 | 19,299 | 66.71% | 3,878 | 13.40% |
| | VAP | 20,545 | | | 13,175 | 64.13% | 225 | 13,400 | 65.22% | 2,374 | 11.56% |
| 009 | | 28,895 | 71 | 0.25% | 17,366 | 60.10% | 577 | 17,943 | 62.10% | 4,015 | 13.90% |
| | VAP | 20,489 | | | 11,981 | 58.48% | 256 | 12,237 | 59.72% | 2,423 | 11.83% |

Total Population:   259,424
Ideal Value:   28,824

**Summary Statistics**

Population Range:   28,687   to   28,931
Absolute Overall Range:   244
Relative Range:   -0.48%   to   0.37%
Relative Overall Range:   0.85%