NOTICE REGARDING: Dr. Pam Adamson, Wanda Smith, Ophelia Burroughs, Mary Baker, Dr. Alieka Anderson, and Charlton Bivens, in their official capacities as members of the Clayton County Board of Education and individually as residents and voters in the Clayton County School District v. Clayton County Elections and Registration Board, Robert P. Bolia, Patricia Pullar, Ruth F. Ash, Vivian Baldwin, and Jim Constable, in their official capacities as members of the Clayton County Elections nd Registration Board, Civil Action No. 1:12-CV-1665-CAP, United States District Court for the Northern District of Georgia.

The above-styled action concerns the fact that the 2012 regular session of the Georgia General Assembly adjourned without reapportioning the Clayton County Board of Education district boundaries after the 2010 Census. The plaintiffs seek an injunction preventing the defendants from holding elections utilizing the existing district lines because of the differences in population among the nine districts. The U.S. District Court has made a preliminary finding that using the existing district lines would likely violate the one-person, one-vote principle of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

The U.S. District Court has prepared a proposed remedial map reapportioning the Clayton County Board of Education district boundaries using the 2010 Census results. Interested parties may obtain a copy of the proposed map on or after June 19, 2012, in the office of the Clerk of Court of the United States District Court for the Northern District of Georgia, in the office of the Clayton County Board of Education, or in the office of the Clayton County Elections and Registration Board.

The U.S. District Court has determined that it is necessary to expedite consideration of the merits of this case as any delay could prejudice the citizens and elected officials of the county. Accordingly, the U.S. District Court has ordered that any parties that seek to intervene in this action must file a properly supported motion to intervene no later than 5:00 p.m. on June 25, 2012. The motion should state the would-be intervenor's objections to the U.S. District Court's proposed map.

The U.S. District Court will hold a hearing in courtroom 2307 of the Richard B. Russell Federal Building at 75 Spring Street S.W., Atlanta, Georgia 30303, on June 28, 2012, at 2:00 p.m. on the constitutionality of the current map and the propriety of the U.S. District Court's proposed map.

EXHIBIT "B"