UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. PAM ADAMSON, WANDA SIMTH, OPHELIA BURROUGHS, MARY BAKER, DR. ALIEKA ANDERSON, and CHARLTON BIVENS, in their official capacities as members of the Clayton County Board of Education and individually as residents and voters in the Clayton County School District,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLAYTON COUNTY ELECTIONS AND REGISTRATION BOARD, ROBERT P. BOLIA, PATRICIA PULLAR, RUTH F. ASH, VIVIAN BALDWIN, and JIM CONSTABLE, in their official capacities as members of the Clayton County Elections and Registration Board, and the STATE OF GEORGIA, as representative of the Georgia Legislature,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-1665-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of Plaintiffs' Motion for Declaratory Judgment and Final Injunctive Relief, and the court having granted said motion, it is

**Ordered and Adjudged** that the current map for the Clayton County BOE is **DECLARED** to be of no effect. The Court's Plan is confirmed as the lawful plan for Clayton County BOE elections until such time as the State of Georgia implements a new plan, and the defendants are hereby **ENJOINED** as follows:

(1) The Court's Plan is hereby adopted, and the defendants are hereby directed to implement this plan promptly and consistently with the Constitution and laws of the United

States and the Constitution and laws of the State of Georgia.

(2) The Court's Plan shall apply to the 2012 BOE election. This election shall be held as a special election placed on the ballot of the November 6, 2012, General Election.

(3) Because of exigent timing circumstances, no primary elections will be held for the BOE Special Election. Instead, each candidate duly qualified under the applicable principles of state and local law and this order shall be placed on the BOE Special Election ballot.

(4) Qualifying for the BOE Special Election shall take place from 9:00 a.m. on July 30, 2012, through 12:00 p.m. on August 1, 2012.

(5) All other matters of scheduling, balloting, and voting (including early and absentee voting and any runoff elections necessary) shall be conducted in accordance with any applicable federal, state, and local laws except that any state or local laws in direct conflict with this order are hereby **SUSPENDED** for the purposes of the 2012 BOE Special Election only.

Dated at Atlanta, Georgia, this 13th day of July, 2012.

          JAMES N. HATTEN
          CLERK OF COURT

By:  s/Andrea Gee
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 13, 2012
James N. Hatten
Clerk of Court

By: s/Andrea Gee
      Deputy Clerk